**Derek Clinton DENTON,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America, Jenelle Foote, M.D., Midtown Urology, P.C., D. Abernathy, M.D., Tenet Healthsystem GB, Inc., doing business as Atlanta Medical Center, Defendants–Appellees,**

**John Yost, Assistant Warden, Ron Wiley, Warden, et al., Defendants.**

No. 07–12371
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 8, 2007.

Daniel M. Schember, Gaffney & Schember, P.C., Washington, DC, for Plaintiff–Appellant.

Mark Davis Meliski, Owen Gleanon Egan, Rolfe Millar Martin, Atlanta, GA, for Defendants–Appellees.

Scott C. Commander, R. David Powell, Atlanta, GA, for Defendants.

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

In this appeal, appellant raises three issues:

1. Whether the district court committed clear error in finding that the plaintiff's attempted service on defendants Carbonell and Negron was insufficient;

2. Whether the court abused its discretion in denying plaintiff's out-of-time request for extension of time properly to effect service on those defendants; and

3. Whether the court erred in ruling that plaintiff's claim against defendant Goldstein was time-barred and, in so ruling, misapplied Federal Rule of Civil Procedure 15(c) to determine whether the claim related back to the date plaintiff's initial complaint was filed.

We agree with the court's disposition of the first and second issues for the reasons stated in its order of December 21, 2006, 2006 WL 3783595. We agree with the court's disposition of the third issue for the reasons stated in its order of August 8, 2006.

AFFIRMED.